IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-315-CV





CHOICE INVESTMENTS, INC. AND DONALD ITZEN,




 APPELLANTS


vs.





JOHNNIE C. LINBERG AND CAROL K. LINGBERG,



 APPELLEES



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT



NO. 92-04964, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING



 




PER CURIAM



 The parties have filed a joint motion to reverse and remand. The motion is
granted. Tex. R. App. P. 59(a)(1)(A).

 The judgment of the trial court is reversed and the cause is remanded to that court
for rendition of judgment in accordance with the agreement of the parties.


Before Justices Powers, Aboussie and B. A. Smith

Reversed and Remanded on Joint Motion

Filed: September 14, 1994

Do Not Publish